| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Evelina Ruvolo** | Social Security number or ITIN **xxx−xx−3153** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | |
| Case number: **1−18−40374−cec** | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Debra Kramer (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Carla E. Craig<br>United States Bankruptcy Judge

Dated: August 15, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]