# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: admin | Date Created: 08/15/2018 |
| Case: 1–18–40374–cec | Form ID: 205 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr        Debra Kramer        dkramer@kramerpllc.com;trustee@kramerpllc.com
aty      Kevin B Zazzera      kzazz007@yahoo.com
aty      Scott T. Dillon       sdillon@rkdlawfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Evelina Ruvolo      74 Kermit Pl      Brooklyn, NY 11218–1840
smg    Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014

TOTAL: 2